UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BOBBY ADAMS, JR., RUBY ADAMS, STEPHANIE SIMPSON, TINA KRAFT, AND TARA NUNEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MW, A MINOR<br>　　　Plaintiffs | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-cv-222 |
| JORGE CAJASACEITUNO AND PEARL FREIGHT SERVICES, INC.<br>　　　Defendants | § § § § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendants JORGE CAJASACEITUNO and PEARL FREIGHT SERVICES, INC. file this Notice of Removal of the civil action originally filed in the 32nd District Court of Nolan County, Texas, styled Bobby Adams, Jr., Ruby Adams, Stephanie Simpson, Tina Kraft, and Tara Nunez, Individually and as Next Friend of MW, a Minor v. Jorge Cajasaceituno and Pearl Freight Services, Inc., Cause No. 20658 (the "State Court Action"). In support of this Notice of Removal, Defendants state as follows:

　　　1.　　On October 6, 2023, Plaintiffs filed the State Court Action as the result of a motor vehicle accident that occurred on or about November 19, 2021, asserting causes of action for: (1) negligence; (2) negligence per se; (3) vicarious liability against Defendant Pearl Freight Services, Inc.; (5) negligent hiring; (6) negligent training; (7) negligent supervision, retention, and monitoring; and (8) negligent entrustment. Defendant Jorge Cajasaceituno was served with citation on October 14, 2023 and Defendant Pearl Freight Services, Inc. was served with citation on October 25, 2023. Defendants have filed an Answer to the State Court Action.

    2.    Removal of the State Court Action is proper under 28 U.S.C. §§ 1332(a), 1441, and 1446, as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

### A. The Parties are Completely Diverse.

    3.    Plaintiffs are all individuals residing in the State of Texas and are, thus, all citizens of Texas. Defendant Jorge Cajasaceituno is a citizen of the State of California. Defendant Pearl Freight Services, Inc. is incorporated in the State of Arizona corporation with its principal place of business in Phoenix, Arizona. Therefore, Defendant Pearl Freight Services, Inc. is a citizen of Arizona.

    4.    Accordingly, complete diversity of citizenship exists between the parties as required by 28 U.S.C. § 1332.

### B. The Amount in Controversy Exceeds $75,000.

    5.    To determine the amount in controversy for the purpose of establishing diversity jurisdiction, the court ordinarily looks to the plaintiff's state court petition. *Manguno v. Prudential Prop. Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2001). In their Original Petition, Plaintiffs seek "monetary relief of over $250,000 but not more than $1,000,000." Thus, the amount in controversy in this case exceeds the sum of $75,000, exclusive of interest and costs.

### C. The Removal Complies with Federal Rules of Civil Procedure 81 and Northern District of Texas Civil Rule 81.1.

    6.    Removal of the State Court Suit is timely, as this Notice of Removal is filed within 30 days of the date upon which the State Court Suit was received by Defendant Pearl Freight Services, Inc., through service or otherwise. *See* 28 U.S.C. § 1446(b)(1).

    7.    A jury demand was made by Plaintiffs and Defendants in the State Court Suit.

8. An index and copy of all documents served on Defendants in the State Court Action, as well as the Docket Sheet, are attached hereto.

9. Venue is proper in this district under 28 U.S.C. § 1441(a) because the court where the State Court Action is pending is located within this district.

10. Defendants are, contemporaneously with the filing of this Notice, giving written notice of filing of this Notice of Removal to the clerk of the 32nd District Court of Nolan County, Texas and will serve a copy of the Notice of Removal on all counsel of record.

WHEREFORE, Defendants JORGE CAJASACEITUNO and PEARL FREIGHT SERVICES, INC. pray that Cause No. 20658 filed in the 32nd District Court of Nolan County, Texas, be removed to this Court.

Respectfully submitted,

CRAIG, TERRILL, HAMM, GROSSMAN & ERWIN, L.L.P.
FirstBank Centre
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232
(806) 744-2211 (fax)
BudG@CTHGElawfirm.com

*/s/ L. R. Grossman*
_____
Leonard R. (Bud) Grossman
SBN 00784182
Mark Chisholm
SBN 24045654
ATTORNEYS FOR DEFENDANTS,
JORGE CAJASACEITUNO AND
PEARL FREIGHT SERVICES, INC.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document was served on the following person on this the 16th day of November, 2023:

Jason B. Stephens
R. Reiker Carsey
STEPHENS LAW FIRM
1300 S. University Drive, Suite 300
Fort Worth, Texas 76107
Phone: (817) 420-7000
Email: (817) 420-7777
Email: Jason@Stephenslaw.com
Rieker@StephensLaw.com
ATTORNEYS FOR PLAINTIFFS

                                       *Of the Firm*